to the Supreme Court of Ohio denied. *Mr. Miles E. Evans* for petitioners. *Mr. Frank H. Myers* for respondent.

No. 206. SIMMS ET AL. *v.* SAVINGS DEPOT & TRUST Co. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Miles E. Evans* for petitioners. *Mr. Herman J. Nord* for respondent.

No. 207. INDUSTRIAL BOARD OF NEW YORK *v.* DELAWARE, LACKAWANNA & WESTERN R. Co. October 14, 1935. Petition for writ of certiorari to the Appellate Division, Third Judicial Department, of the Supreme Court of New York denied. *Messrs. Joseph A. McLaughlin* and *Henry Epstein* for petitioner. *Mr. Louis L. Babcock* for respondent.

No. 208. STANDARD OIL Co. *v.* UNITED STATES. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. John W. Davis* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for the United States.

No. 210. MOORE ET AL. *v.* TUMWATER PAPER MILLS Co. October 14, 1935. Petition for writ of certiorari to the Supreme Court of Washington denied. *Messrs. O. C. Moore* and *H. C. Brodie* for petitioners. *Messrs. Bruce C. Shorts* and *John S. Coke* for respondent.